# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON


**Sherry Hotain,**

                               *Plaintiff*,         **Case No. 3:17-cv-144**

**v.**                                         **District Judge Thomas M. Rose**
                                                 **Magistrate Judge Michael J. Newman**

**Nancy A. Berryhill,**

        **Deputy Commissioner of Operations**
        **of the Social Security Administration,[1]**

                               *Defendant*.

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE MICHAEL J. NEWMAN (ECF 14), OVERRULING DEFENDANT'S OBJECTIONS (ECF 15), FINDING THE COMMISSIONER'S FINDING OF NON-DISABILITY TO BE SUPPORTED BY SUBSTANTIAL EVIDENCE; AND TERMINATING THE INSTANT CASE.**

---


This matter comes before the Court pursuant to Objections (ECF 15) to the Report and Recommendations of Magistrate Judge Michael J. Newman (ECF 14) recommending that the Court find the Commissioner's non-disability finding to be supported by substantial evidence and the case be terminated.

---

1  1 Nancy A. Berryhill was the Acting Commissioner of Social Security beginning January 23, 2017. However, her acting status ended as a matter of law in November 2017 pursuant to the Federal Vacancies Reform Act, 5 U.S.C. § 3345 et seq., and Berryhill returned to her position of record as Deputy Commissioner of Operations.   According to the agency's Social Security Administration's website, "[i]n accordance with the agency's Order of Succession, [Berryhill] continues to lead the Social Security Administration as we await the nomination and confirmation of a Commissioner." https://www.ssa.gov/agency/commissioner.html (last accessed March 28, 2018).

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C.

§ 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this

case.   Upon consideration of the foregoing, the Court finds the Objections (ECF 15) are not

well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (ECF 14) in its entirety.   The

Court finds the Commissioner's non-disability finding to be supported by substantial evidence.

The instant case is **TERMINATED** on the docket of the United States District Court for the

Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Wednesday, March 28, 2018.


**s/THOMAS M. ROSE**
_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE