# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| Sherry Hotain | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:17-CV-144 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Judgment in favor of Defendant and against Plaintiff; Overrulling Defendant's objections; finding the
Commissioner's finding of non-disability to be supported by substantial evidence; terminating instant case.
.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Thomas M. Rose _____   on a motion for
.

Date:   3/28/18 _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*